IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Beverly Thompson, Robert ("BINDY") Rock , <br><br> Plaintiff(s), <br><br> v. <br><br> Gregory P. Ruddy, et al, <br><br> Defendant(s). | Case No. 11 C 4425 <br> Judge |

### **ORDER**

   Plaintiffs' application for leave to proceed in forma pauperis on appeal, [102] is denied. Plaintiffs' response papers in opposition to defendants' bill of costs shall be due by 6/10/2014. Any reply papers shall be due by 6/17/2014.


Date: 5/19/2014　　　　　　　　　　　　　　/s/ Harry D. Leinenweber
                                                                                      United States District Judge